**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| KAREN M. HOGAN, | * | |
| Plaintiff | * | |
| VS. | * | NO: 4:07CV00235 SWW |
| ARKANSAS DEPARTMENT OF COMMUNITY CORRECTION, | * | |
| Defendant | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED THIS 17TH DAY OF JULY, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE